UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN-PHILBERT RENAUD,<br><br>                  Petitioner,<br><br>           -against-<br><br>DONALD TRUMP; JOHN ROBERTS, JR.;<br>NANCY PELOSI; CHARLES GRASSLEY;<br>WILLIAM BARR; UNITED STATES OF<br>AMERICA,<br><br>                  Respondents. | 20-CV-9386 (CM)<br><br>ORDER |

COLLEEN McMAHON, Chief United States District Judge:

      Petitioner, currently incarcerated in Green Haven Correctional Facility, brings this action *pro se*. On November 2, 2020, the Court received a single petition from Petitioner. It appears that the petition was docketed twice and opened as two new civil actions: No. 20-CV-9386 (CM) and No. 20-CV-9248 (CM).

      The Court has reviewed the petitions in both actions and concludes that because they are identical, this action (No. 20-CV-9386) was opened in error. The Court therefore orders that the Clerk of Court administratively close this action, No. 20-CV-9386 (CM). Petitioner's other action, No. 20-CV-9248 (CM), will proceed.

## CONCLUSION

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      The Clerk of Court is further directed to administratively close this action, No. 20-CV-9386 (CM).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 20, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge